**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-7399**

---

UNITED STATES OF AMERICA,

> Plaintiff - Appellee,

> v.

WILLIAM SCOTT DAVIS, JR.,

> Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:14-cr-00240-D-1; 5:22-cv-00233-D)

---

Submitted:  April 25, 2023                                    Decided:  April 28, 2023

---

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

William Scott Davis, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., appeals the district court's order striking several motions from the docket. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Davis*, No. 5:14-cr-00240-D-1 (E.D.N.C. Oct. 14, 2022). We deny a certificate of appealability as unnecessary, *see Harbison v. Bell*, 556 U.S. 180, 183 (2009), and deny Davis' motions for a new trial and for reassignment to a different district judge. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*